IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **VICTOR GUERRERO** | § | **PLAINTIFF** |
| | § | |
| v. | § | **Civil Action No. 1:09cv737HSO-JMR** |
| | § | |
| **GRANITE CONSTRUCTION CO.** | § | **DEFENDANT** |

## FINAL JUDGMENT

This matter came on to be heard on the Motion for Summary Judgment filed by Defendant Granite Construction Company.  The Court, after a full review and consideration of Defendant's Motion, the pleadings on file, and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that Judgment is rendered in favor of Defendant pursuant to FED. R. CIV. P. 56.  This civil action is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 7th day of January, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE